UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                                    CASE: 12-13044-ABC

EVETTE DIANA LUTMAN                                                      CHAPTER 13

**Debtor**

---

### TRUSTEE'S OBJECTION TO MODIFICATION OF CONFIRMED PLAN
---

The Standing Chapter 13 Trustee hereby files his Objection to Modification of Chapter 13 Plan and as grounds therefor states as follows:

1. Debtor may not be contributing all disposable income to plan payments. 11 U.S.C. §1325(b). The Trustee requests documentation of the $800 medical expense listed on the amended Schedule J that was submitted to the Trustee.

2. The Modified Plan does not make Debtor current on plan payments. The Trustee cannot approve a modification that will put Debtor into automatic default.

3. The Modified Plan does not fully provide for the $3,586.84 that has already been paid through the plan for the secured claim filed by the Michigan Department of Treasury.

The Trustee reserves the right to amend his objection and to report on the Debtor's payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny the Motion for Post Confirmation Modification and for any further relief as is just.

Dated: January 2, 2015                    Respectfully submitted,


<u>/s/ Ellen R. Welner</u>
Ellen R. Welner, #9239
Attorney for the Chapter 13 Trustee
Douglas B. Kiel
4725 S MONACO STREET, SUITE 120
DENVER, CO 80237
(720)398-4444
ewelner@denver13.com

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above <u>Trustee's Objection to Modification of Confirmed Plan</u> was placed in the U.S. Mail, postage prepaid, on <u>January 2, 2015</u> addressed as follows:

ASCENSION CAPITAL GROUP INC
ATTN: CAPITAL ONE AUTO FINANCE DEPT
PO BOX 201347
ARLINGTON, TX  76006

ATLAS ACQUISITIONS LLC
294 UNION ST
HACKENSACK, NJ  07601

EVETTE DIANA LUTMAN
5005 E DARTHMOUTH AVE
DENVER, CO  80222

GREENWALD AND HAMMOND PC
1563 GAYLORD STREET
SUITE 200
DENVER, CO  80206

/s/ Matthew Hoelscher

Case Manager